LAW OFFICE OF RANDAL M. BARNUM
RANDAL M. BARNUM (SBN 111287)
JENNA R. AVILA (SBN 307639)
279 East H Street
Benicia, California 94510
Telephone:    (707) 745-3747
Email: rmblaw@pacbell.net
            rbarnum@rmblaw.com
            jnunes@rmblaw.com

Attorneys for Plaintiff JERICA HOWARD

JACKSON LEWIS P.C.
TYLER A. BROWN (SBN 121350)
50 California Street, 9th Floor
San Francisco, California 94111
Telephone:    (415) 394-9400
Email: tyler.brown@jacksonlewis.com

JACKSON LEWIS P.C.
NOLAN W. KESSLER (SBN 327178)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone:    (916) 341-0404
Email: nolan.kessler@jacksonlewis.com

Attorneys for Defendants BKD TWENTY-ONE MANAGEMENT COMPANY, INC.; EMERITUS CORPORATION; and BROOKDALE SENIOR LIVING COMMUNITIES, INC. (erroneously sued herein as "BKD TWENTY-ONE MANAGEMENT COMPANY, INC. DOING BUSINESS AS BROOKDALE SENIOR LIVING; EMERITUS CORPORATION DOING BUSINESS AS BROOKDALE SENIOR LIVING; BROOKDALE SENIOR LIVING COMMUNITIES, INC. DOING BUSINESS AS BROOKDALE SENIOR LIVING")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERICA HOWARD,<br><br>       Plaintiff,<br><br>    vs.<br><br>BKD TWENTY-ONE MANAGEMENT COMPANY, INC.; et al.,<br><br>       Defendants. | CASE NO. 2:21-CV-01460-KJM-KJN<br><br>**STIPULATION AND ORDER TO STAY CASE PENDING ARBITRATION**<br><br>Complaint Filed:           07.06.21<br>Trial Date:                      Not Set |

To the Honorable Court, all Parties, and Their Attorneys of Record:

1

Plaintiff Jerica Howard ("Plaintiff") and Defendants BKD Twenty-One Management Company, Inc., Emeritus Corporation, and Brookdale Senior Living Communities, Inc. ("Brookdale") (collectively, the "Parties"), by and through their respective counsel, stipulate as follows:

1. Plaintiff acknowledged receipt of and agreement to Brookdale's Employment Binding Arbitration policy, which requires her to arbitrate all claims as to Brookdale that are alleged in this action ("Arbitration Program").

2. The Parties agree to binding arbitration of this case pursuant to the Arbitration Program. This case will be referred to arbitration to the American Arbitration Association. The Parties request that the Court stay this matter while retaining jurisdiction to confirm or enforce any award upon petition by any party.

3. Defendants will pay the entirety of all arbitration fees, including the arbitration filing fee.

IT IS SO STIPULATED.

Dated: September 9, 2021                    JACKSON LEWIS P.C.

By: /s/ *Nolan W. Kessler*
    TYLER A. BROWN
    NOLAN W. KESSLER

Attorneys for Defendants
BKD TWENTY-ONE MANAGEMENT COMPANY, INC.; EMERITUS CORPORATION; and BROOKDALE SENIOR LIVING COMMUNITIES, INC. (erroneously sued herein as "BKD TWENTY-ONE MANAGEMENT COMPANY, INC. DOING BUSINESS AS BROOKDALE SENIOR LIVING; EMERITUS CORPORATION DOING BUSINESS AS BROOKDALE SENIOR LIVING; BROOKDALE SENIOR LIVING COMMUNITIES, INC. DOING BUSINESS AS BROOKDALE SENIOR LIVING")

Dated: September 9, 2021                    LAW OFFICES OF RANDAL M. BARNUM

By: /s/ *Randal M. Barnum* (as authorized on 09.09.21)
RANDAL M. BARNUM
JENNA R. AVILA

Attorneys for Plaintiff
JERICA HOWARD

IT IS SO ORDERED.

This order resolves ECF No. 4.

DATED: September 16, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE